Bretton C. Gerard
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
214-540-6514 – Telephone
214-540-6663 – Facsimile

Attorney for Yogesh Govindji

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 21-40441-btr |
| LS MOTORCARS, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## TO PURSUE CLAIMS AGAINST NON-DEBTORS IN STATE COURT

### 14-DAY NEGATIVE NOTICE – LBR 4001(a):

Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.

No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE shown in the certificate of service unless the Court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The Court reserves the right to set a hearing on any matter.

TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:

Yogesh Govindji, a creditor, and party-in-interest herein ("Movant"), files this Motion for Relief from Automatic Stay so that he may enforce his state law rights and remedies, including his claims against Robert C. Morales, and in support of this Motion would respectfully show the Court the following:

MOTION FOR RELIEF FROM AUTOMATIC STAY                                    Page 1 of 5

## I. JURISDICTION

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1334 and 11 U.S.C. §§105 and 362.

2. This is a core proceeding under 28 U.S.C. §157(b)(2)(G).

## II. FACTS

3. **Bankruptcy Case** – This case was filed on March 26, 2021, as a proceeding under Chapter 11.

4. Movant Yogesh Govindji is the Plaintiff in a lawsuit styled *Yogesh Govindji vs. Robert C. Morales and LS Motorcars LLC,* Cause No. DC-19-18080 in the 160th Judicial District Court of Dallas County, Texas (the "State Court Action").

5. In the State Court Action, in November 2019, Movant sued Robert C. Morales ("Morales"). Morales denied that he was personally liable for the debt and claimed that LS Motorcars LLC was instead liable. As a result, Movant sought leave of Court to add LS Motorcars LLC as a party to the State Court Action.

6. Leave of court was granted in the State Court Action and Movant amended his pleadings to alternatively state claims against LS Motorcars LLC. A true and correct copy of Movant's Third Amended Original Petition that was filed in the State Court Action on January 21, 2021 is attached to this Motion as **Exhibit "A"**.

7. The Debtor in this Chapter 11 bankruptcy is LS Motorcars LLC. Morales is not a party to this bankruptcy proceeding. At the time that the Debtor filed this Chapter 11 bankruptcy case, Movant's claims against Morales had not yet been adjudicated in the State Court Action.

8. In an abundance of caution, given the pending bankruptcy case, and given the relationship between Morales and the Debtor, Movant seeks relief from the Automatic Stay so that he may enforce his state court law rights and remedies.

### III. RELIEF FROM THE AUTOMATIC STAY

9. Cause exists for termination of the automatic stay as Movant does not seek to adjudicate the claims involving Debtor. Movant only seeks to move forward with his claims against Morales and seeks termination of the stay to avoid a violation of same.

10. In a diligent attempt to avoid the expense associated with the filing of this Motion, Movant's counsel attempted to resolve this dispute with Debtor's counsel through written correspondence. Those efforts were unsuccessful. A true and correct copy of the e-mail exchange between counsel is attached to this Motion as **Exhibit "B"**.

11. The automatic stay under §362 does not ordinarily apply to actions against a non-debtor. *See In re TXNB Internal Case*, 483 F.3d 292, 301 (5th Cir. 2007).

12. Further, the party invoking the stay has the burden to show that it is applicable. *See* 2 WILLIAM L. NORTON, JR., NORTON BANKRUPTCY LAW AND PRACTICE § 43:4 (3d ed. Supp. 2010) (noting that in bankruptcy court proceedings, "the party seeking to extend the stay will bear the burden to show that 'unusual circumstances' exist warranting such an extension of the stay to a non-debtor"); *see also Arnold v. Garlock, Inc.*, 278 F.3d 426, 436 (5th Cir. 2001) (holding that the defendant had "no interest to establish such an identity [of interests] with [the] debtor").

13. Movant requests that the Court issue an Order granting this Motion for Relief from Automatic Stay for cause. Movant requests that the Court make the Order effective immediately upon entry, waive Rule 4001(a)(3), and order that enforcement of such Order will not be stayed for any period after its entry.

**WHEREFORE**, Movant Yogesh Govindji prays that this Court enter an Order granting him relief from the automatic stay as requested above.

                                      Respectfully submitted

/s/ BRETTON C. GERARD
Bretton C. Gerard
State Bar No. 07813050

10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Telephone: (214) 540-6514
Facsimile: (214) 540-6663
bret@brettongerardlaw.com

**Attorney for Yogesh Govindji**

## CERTIFICATE OF SERVICE

      This is to certify that on April 16, 2021, a true and correct copy of this pleading was served via the ECF system or by U.S. first class mail, postage prepaid, to the parties on the attached service list or via CM/ECF to all parties authorized to receive electronic notice in this case.

/S/ BRETTON C. GERARD
Bretton C. Gerard

```
Label Matrix for local noticing      Christopher V. Arisco                 Arivo Acceptance LLC
0540-4                                Padfield & Stout, LLP                c/o David Pinkston
Case 21-40441                         420 Throckmorton Street, Suite 1210  10 Exchange Place
Eastern District of Texas             Fort Worth, TX 76102-3792            Eleventh Floor
Sherman                                                                    Salt Lake City, UT 84111-2714
Fri Apr 16 13:30:32 CDT 2021

Arivo Acceptance LLC                  Sharon Marie Beausoleil              Carfax
s/o David Pinkston                    Foley & Lardner LLP                  c/o Barnett & Garcia
10 Exchange Place                     1000 Louisiana                       3821 Jupiter Trade
Eleventh Floor                        Suite 2000                           Suite 108
Salt Lake City, UT 84111-2714         Houston, TX 77002-5018               Austin, TX 78738

Katharine Clark (SBRA V)              Dallas County                        Dallas County
Thompson Coburn LLP                   Linebarger Goggan Blair & Sampson, LLP   Linebarger Goggan Blair & Sampson, LLP
2100 Ross Avenue                      c/o Laurie A. Spindler               c/o Laurie A. Spindler
Ste 600                               2777 N. Stemmons Frwy                2777 N. Stemmons Freeway
Dallas, TX 75201-6701                 Suite 1000                           Suite 1000
                                      Dallas, TX 75207-2328                Dallas, TX 75207-2328

Dallas County Tax Assessor            Patrick Gillean                      Patrick T. Gillean
1202 Elm Street Suite 2600            c/o Mike Bowers                      c/o Bell Nunnally & Martin LLP
Dallas, TX 75270                      2323 Ross Ave                        2323 Ross Avenue
                                      Suite 1900                           Suite 1900
                                      Dallas, TX 75201-2721                Dallas, TX 75201-2721

Yogesh Govindji                       Riyad Hammad                         Jacques Robert
c/o Bretton Gerard                    c/o Marwa Elbially                   c/o Sharon Campbell
10440 N Central Expressway            704 E 15th Street                    3500 Oak Lawn
Suite 800                             Suite 204                            Suite 110
Dallas, TX 75231-2264                 Plano, TX 75074-5712                 Dallas, TX 75219-4373

Jorge Ramirez                         LS Motorcars, LLC                    Eric A. Liepins
c/o David Davis                       6221 Norwood Drive                   Eric A. Liepins, P.C.
4144 N Central Expressway             Frisco, TX 75034-5774                12770 Coit Road
Suite 910                                                                  Suite 850
Dallas, TX 75204-2135                                                      Dallas, TX 75251-1364

Michael P Menton                      Russell W. Mills                     NextGear Capital, Inc.
SettlePou                             Bell Nunnally & Martin               c/o Padfield & Stout, LLP
3333 Lee Parkway, Eighth Floor        2323 Ross Ave.                       Christopher V. Arisco
Dallas, TX 75219-5111                 Suite 1900                           420 Throckmorton Street, Suite 1210
                                      Dallas, TX 75201-2721                Fort Worth, TX 76102-3792

NextGear Capital, Inc.                NextWave Funding                     Alan Bartlett Padfield
11799 North College Avenue            5757 Blue Lagoon Drive               Padfield & Stout, L.L.P.
Carmel, IN 46032-5605                 Suite 170                            420 Throckmorton Street, Suite 1210
                                      Miami, FL 33126-2076                 Ft. Worth, TX 76102-3792

PrimaLend Capital Partners            Marcus Salitore                      Small Business Administration
10300 North Centra lExpressway        US Trustee Office                    14925 Kingsport Road
Suite 410                             110 N. College Ave., Room 300        Fort Worth, TX 76155-2243
Dallas, TX 75231                      Tyler, TX 75702-7231

Laurie A. Spindler                    Texas Security Bank                  Texas Security Bank
Linebarger, Goggan, Blair & Sampson   3212 Beltline Road                   c/o Michael P. Menton
2777 N. Stemmons Frwy Ste 1000        Dallas, TX 75234-2345                3333 Lee Parkway, Eighth Floor
Dallas, TX 75207-2328                                                      Dallas, TX 75219-5111
```

```
Texas Workforce Commission          Texas Workforce Commission        U.S. Attorney General
101 East 15th Street Room 556       101 E 15th Street                 Department of Justice
Austin, tx 78778-0001               Austin, TX 78778-0001             Main Justice Building
                                                                      10th & Constitution Ave., NW
                                                                      Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Carfax                           (u)Good Floor Loans LLC           (d)NextWave Funding
c/o Barnett & Garcia                                                  5757 Blue Lagoon Drive
3821 Jupiter Trade                                                    Suite 170
Suite 108                                                             Miami, FL 33126-2076
Austin, TX 78738

(d)Patrick Gillean                  (d)Jorge Ramirez                  (d)Riyad Hammad
c/o Mike Bowers                     c/o David Davis                   c/o Marwa Elbially
2323 Ross Ave                       4144 N Central Expressway         704 E 15th Street
Suite 1900                          Suite 910                         Suite 204
Dallas, TX 75201-2721               Dallas, TX 75204-2135             Plano, TX 75074-5712

(d)Jacques Robert                   (d)Texas Security Bank            (d)Yogesh Govindji
c/o Sharon Campbell                 3212 Beltline Road                c/o Bretton Gerard
3500 Oak Lawn                       Dallas, TX 75234-2345             10440 N Central Expressway
Suite 110                                                             Suite 800
Dallas, TX 75219-4373                                                 Dallas, TX 75231-2264
```

End of Label Matrix
Mailable recipients    33
Bypassed recipients     9
Total                  42