| Fill in this information to identify the case: |
|---|

Debtor Name  LS Motorcars, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number:  21-40441-btr

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:          Mar 26-April 30                    Date report filed:  05/20/2021
                                                                       MM / DD / YYYY

Line of business:  Used Sales Car                  NAISC code:          441120

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    Roberto C. Morales

Original signature of responsible party

Printed name of responsible party    Roberto C. Morales

## ■  1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  LS Motorcars, LLC _____    Case number 21-40441-btr _____

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____ 588.70

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ 726,089.99

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed and were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $ 673,432.74

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $ 52,657.25

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 53,245.95

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____ 0.00

*(Exhibit E)*

Debtor Name  LS Motorcars, LLC _____     Case number 21-40441-btr _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                                                  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                              _____ 8

27. What is the number of employees as of the date of this monthly report?                                 _____ 8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ ____ 10,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ____ 10,000.00

30. How much have you paid this month in other professional fees?                                          $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                         $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A Projected | − | Column B Actual | = | Column C Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 60,000.00 | − | $ 600,505.00 | = | $ 540,505.00 |
| 33. **Cash disbursements** | $ 56,300.00 | − | $ 527,338.00 | = | $ 471,038.00 |
| 34. **Net cash flow** | $ 700.00 | − | $ 73,167.00 | = | $ 72,467.00 |

35. Total projected cash receipts for the next month:                                    $ 330,000.00

36. Total projected cash disbursements for the next month:                             - $ 320,000.00

37. Total projected net cash flow for the next month:                                  = $ 10,000.00

Debtor Name  LS Motorcars, LLC _____    Case number 21-40441-btr _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# TEXAS SECURITY
### B A N K

3212 Belt Line Rd.
Farmers Branch, TX 75234

**RETURN SERVICE REQUESTED**

LS MOTORCARS LLC
OPERATING ACCOUNT
309 W AVENUE B
GARLAND TX 75040-6443

## Statement Ending 04/30/2021

| | |
|---|---|
| *LS Motorcars LLC* | *Page 1 of 8* |
| *Customer Number:XXXXXXXXX250* | |

### Managing Your Accounts

Customer Service  (469) 398-4884

Website          www.TexasSecurityBank.com

Email Address    help@TexasSecurityBank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Commercial Checking | XXXXXXXXX250 | $33,162.58 |

## Commercial Checking-XXXXXXXXX250

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/01/2021 | **Beginning Balance** | **$132.45** |
| | 34 Credit(s) This Period | $298,439.20 |
| | 59 Debit(s) This Period | $265,409.07 |
| 04/30/2021 | **Ending Balance** | **$33,162.58** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/01/2021 | Deposit | $22,500.00 |
| 04/01/2021 | Deposit | $24,972.50 |
| 04/02/2021 | Deposit | $7,100.00 |
| 04/02/2021 | Deposit | $17,805.00 |
| 04/05/2021 | Transfer Deposit From DDA XXXXX1847 | $311.01 |
| 04/06/2021 | Deposit | $37,765.00 |
| 04/06/2021 | Credit Adjustment | $1,558.95 |
| 04/08/2021 | Transfer Deposit From DDA XXXXX1847 | $6,537.23 |
| 04/09/2021 | Deposit | $18,300.00 |
| 04/12/2021 | Transfer Deposit From DDA XXXXX1847 | $500.00 |
| 04/14/2021 | Deposit | $18,930.00 |
| 04/14/2021 | Credit Adjustment | $1,398.25 |
| 04/15/2021 | Transfer Deposit From DDA XXXXX1847 | $900.00 |
| 04/16/2021 | Transfer Deposit From DDA XXXXX1847 | $1,521.77 |
| 04/19/2021 | Deposit | $9,000.00 |
| 04/20/2021 | Deposit | $9,000.00 |
| 04/21/2021 | Transfer Deposit From DDA XXXXX1847 | $1,696.56 |
| 04/22/2021 | Deposit | $9,100.00 |
| 04/22/2021 | Deposit | $15,500.00 |
| 04/22/2021 | Transfer Deposit From DDA XXXXX1847 | $353.77 |
| 04/26/2021 | Deposit | $10,500.00 |
| 04/26/2021 | Transfer Deposit From DDA XXXXX1847 | $1,391.56 |
| 04/27/2021 | Deposit | $28,656.00 |
| 04/27/2021 | Transfer Deposit From DDA XXXXX1847 | $530.31 |
| 04/28/2021 | Deposit | $4,000.00 |
| 04/29/2021 | Deposit | $15,745.00 |



EQUAL HOUSING LENDER   Member FDIC

**Important: Please notify us if there are any errors on your statement.**
## HOW TO BALANCE YOUR STATEMENT

1. Subtract from your checkbook any checks, automatic payments, charges or other debts that are on this statement but are not already entered. Add to your checkbook all deposits, loan advances interest or other credits that are on this statement but not already entered.
2. Enter the ending balance shown on this statement.   _____
3. Enter any deposits made but not shown on this statement.   +_____
4. Subtract (2+3).   =_____
5. In your register, check off all checks that were paid. To the right, list the numbers and amounts of the checks that are not yet paid, and add them up.
6. Subtract the unpaid check total.   -_____
7. Your answer should agree with the balance in your checkbook that you calculated in step 1.   =_____

List the checks that have not yet been listed as paid on your statements.

| Check # | Amount | Check # | Amount |
|---------|--------|---------|--------|
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        | TOTAL   |        |
|         |        |         |        |

**IF YOU DON'T BALANCE:**
Check the figures you used for balancing. Compare the dollar amounts of the checks and deposits listed on this statement with the amounts listed in your checkbook. Verify your addition and subtraction both above and in your checkbook. Review last month's statement.

## DEPOSIT ACCOUNT INFORMATION
### (Disregard if you have a Commercial Account)
## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please call or write us at the number or address on the front side of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
1. Tell us your name and account number.
2. Tell us the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## LINE OF CREDIT INFORMATION
### (Disregard if you do not have a Line of Credit)
## HOW INTEREST CHARGES ARE COMPUTED

DAILY BALANCE METHOD (including current transactions).
To get the daily balances we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid INTEREST CHARGES. This gives us the daily balance. Then, we multiply the daily balance each day of the statement period (excluding the last statement date but including the current statement date) by the appropriate daily periodic rates. We then add up all of these daily interest charges to get your total interest charge. Daily periodic rates may vary.

## IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, send your inquiry in writing, on a separate sheet, to the address shown on your statement as soon as possible. We must hear from you no later than 60 days after the bill was mailed to you. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error, and
3. A description of the error and why (to the extent you can explain) you believe it is an error. If you need more information, describe the item you are unsure about.
If you have authorized the Bank to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that the Bank receives it three (3) business days before the payment is scheduled to occur.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Bank is resolving the dispute. During that same time , the Bank may not take action to collect disputed amounts or report disputed amounts as delinquent.



# TEXAS SECURITY
## B A N K

## Commercial Checking-XXXXXXXXX250 (continued)

### Deposits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 04/29/2021 | Transfer Deposit From DDA XXXXXX1847 | $500.00 |
| 04/30/2021 | Transfer Deposit From DDA XXXXXX1847 | $620.00 |

### Electronic Credits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/2021 | IB Transfer Deposit Funds Transfer via Mobile | $7,000.00 |
| 04/08/2021 | ACH Payment Reversal ACH Reversal GoodFloorsLoan | $30.00 |
| 04/09/2021 | IB Transfer Deposit Funds Transfer via Mobile | $5,500.00 |
| 04/13/2021 | IB Transfer Deposit Funds Transfer via Mobile | $1,641.56 |
| 04/15/2021 | ACH Deposit LENTEGRITY DEPOSIT | $17,220.96 |
| 04/23/2021 | IB Transfer Deposit Funds Transfer via Mobile | $353.77 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/2021 | ACH Payment CUTX CUTX LOAN PMT | $746.91 |
| 04/01/2021 | ACH Payment Elite Warranty Service 8014897288 | $990.00 |
| 04/01/2021 | ACH Payment GoodFloorLoans invoices | $1,588.95 |
| 04/05/2021 | ACH Payment JPMorgan Chase Ext Trnsfr | $302.63 |
| 04/06/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $14,405.05 |
| 04/07/2021 | ACH Payment STERLINGCREDITCO PURCHASE | $400.00 |
| 04/08/2021 | ACH Payment GoodFloorLoans invoices | $1,398.25 |
| 04/12/2021 | ACH Payment STERLINGCREDITCO PURCHASE | $400.00 |
| 04/12/2021 | ACH Payment ATT Payment | $746.09 |
| 04/12/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $29,919.59 |
| 04/15/2021 | ACH Payment AMERICAN CREDIT MPP2021 MPP2021 | $1,624.56 |
| 04/15/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $11,886.52 |
| 04/16/2021 | ACH Payment AMERICAN CREDIT MPP2021 MPP2021 | $580.00 |
| 04/16/2021 | ACH Payment STERLINGCREDITCO PURCHASE | $640.00 |
| 04/16/2021 | ACH Payment DISCOVER BANK PREARRANGE DC FINOUT DSLSVCPAY | $1,159.37 |
| 04/19/2021 | ACH Payment WELLS FARGO AUTO DRAFT | $474.98 |
| 04/19/2021 | ACH Payment ALLSTATE INS CO INS PREM ACH.EZPR02010 S | $1,291.38 |
| 04/19/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $12,404.98 |
| 04/20/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $11,610.34 |
| 04/21/2021 | ACH Payment STERLING CREDIT BILLPAY | $565.00 |
| 04/21/2021 | ACH Payment STERLING CREDIT BILLPAY | $1,000.00 |
| 04/21/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $3,699.94 |
| 04/21/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $21,923.81 |
| 04/22/2021 | ACH Payment CARS COM LLC E commerce | $1,140.00 |
| 04/26/2021 | ACH Payment Neiman Marcus Online Pmt | $25.00 |
| 04/26/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $17,652.88 |
| 04/27/2021 | ACH Payment Conn's 1-877-358 Web Pay -1252 | $122.29 |
| 04/27/2021 | ACH Payment STERLING CREDIT BILLPAY | $760.00 |
| 04/27/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $18,432.58 |
| 04/28/2021 | ACH Payment AMERICAN CREDIT MPP2021 MPP2021 | $600.00 |
| 04/28/2021 | ACH Payment NEXTGEAR PAYMENT PAYMENT | $24,916.48 |
| 04/30/2021 | ACH Payment AMEX EPAYMENT ACH PMT ER AM | $400.00 |

### Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/2021 | Automatic Loan Pmt LN PyXXXXXX0500 1 | $3,794.02 |
| 04/01/2021 | Automatic Loan Pmt LN PyXXXXXX7500 4 | $7,080.00 |
| 04/15/2021 | Analysis Charge | $340.94 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|-------:|-----------|------|-------:|-----------|------|-------:|
| 6535 | 04/06/2021 | $900.00 | 6540 | 04/01/2021 | $1,488.48 | 6543 | 04/02/2021 | $1,395.50 |
| 6537* | 04/01/2021 | $24,540.00 | 6541 | 04/01/2021 | $1,046.63 | 6544 | 04/05/2021 | $1,000.00 |
| 6539* | 04/01/2021 | $114.25 | 6542 | 04/02/2021 | $974.60 | 6545 | 04/06/2021 | $661.50 |

LS Motorcars LLC                              XXXXXXXXX250   Statement Ending 04/30/2021

# Commercial Checking-XXXXXXXXX250 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 6546 | 04/05/2021 | $585.00 | 6551 | 04/12/2021 | $2,500.00 | 6556 | 04/23/2021 | $228.50 |
| 6547 | 04/05/2021 | $300.00 | 6552 | 04/12/2021 | $300.00 | 6557 | 04/23/2021 | $220.25 |
| 6548 | 04/13/2021 | $1,100.00 | 6553 | 04/15/2021 | $7,000.00 | 6558 | 04/14/2021 | $276.00 |
| 6549 | 04/09/2021 | $22,952.00 | 6554 | 04/15/2021 | $270.00 | 6559 | 04/19/2021 | $112.00 |
| 6550 | 04/13/2021 | $444.00 | 6555 | 04/23/2021 | $228.50 | 6560 | 04/19/2021 | $1,749.32 |

* Indicates skipped check number

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# TEXAS SECURITY
## BANK



| | | |
|---|---|---|
| #0000 | 04/01/2021 | $22,500.00 |
| #0000 | 04/01/2021 | $24,972.50 |
| #0000 | 04/02/2021 | $7,100.00 |
| #0000 | 04/02/2021 | $17,805.00 |
| #0000 | 04/06/2021 | $37,765.00 |
| #0000 | 04/09/2021 | $18,300.00 |
| #0000 | 04/14/2021 | $18,930.00 |
| #0000 | 04/19/2021 | $9,000.00 |
| #0000 | 04/20/2021 | $9,000.00 |
| #0000 | 04/22/2021 | $9,100.00 |



# TEXAS SECURITY BANK

*Statement Ending 04/30/2021*

LS Motorcars LLC                              Page 7 of 8
Customer Number:XXXXXXXXX250



| #6542 | 04/02/2021 | $974.60 | #6543 | 04/02/2021 | $1,395.50 |
| #6544 | 04/05/2021 | $1,000.00 | #6545 | 04/06/2021 | $661.50 |
| #6546 | 04/05/2021 | $585.00 | #6547 | 04/05/2021 | $300.00 |
| #6548 | 04/13/2021 | $1,100.00 | #6549 | 04/09/2021 | $22,952.00 |
| #6550 | 04/13/2021 | $444.00 | #6551 | 04/12/2021 | $2,500.00 |



#6552        04/12/2021              $300.00



#6553        04/15/2021            $7,000.00



#6554        04/15/2021              $270.00



#6555        04/23/2021              $228.50



#6556        04/23/2021              $228.50



#6557        04/23/2021              $220.25



#6558        04/14/2021              $276.00



#6559        04/19/2021              $112.00



#6560        04/19/2021            $1,749.32

# Navigate Business Checking<sup>SM</sup>

April 30, 2021  ■  Page 1 of 6



WELLS FARGO

ROBERTO C MORALES
DBA LONE STAR MOTORCARS
309 W AVENUE B
GARLAND TX 75040-6443

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:*  1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# ☑ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $456.25 |
| Deposits/Credits | 303,062.80 |
| Withdrawals/Debits | - 260,362.44 |
| **Ending balance on 4/30** | **$43,156.61** |

Account number:  ●●●●●●1097

**ROBERTO C MORALES**
**DBA LONE STAR MOTORCARS**
*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

April 30, 2021 ■ Page 2 of 6



**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.57 |
| Average collected balance | $69,667.73 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.57 |
| Interest paid this year | $0.60 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/2 | | Deposit Made In A Branch/Store | 2,396.00 | | |
| 4/2 | < | Business to Business ACH Debit - Nwe Fees Draft 210401 Lonestar Motors Paymen | | 200.00 | |
| 4/2 | < | Business to Business ACH Debit - Nwe Fees Draft 210401 Lonestar Motors Paymen | | 200.00 | |
| 4/2 | < | Business to Business ACH Debit - Lease Direct Web Pay 210401 71568747 World Class Cars | | 344.49 | 2,107.76 |
| 4/5 | | Online Transfer to Roberto C Morales Business Checking xxxxxx5643 Ref #Ib0B72Xdf7 on 04/05/21 | | 200.00 | |
| 4/5 | 2540 | Check | | 89.89 | 1,817.87 |
| 4/6 | | Online Transfer From Roberto C Morales Business Checking xxxxxx7560 Ref #Ib0B795V3G on 04/06/21 | 700.00 | | |
| 4/6 | | ATT Payment 040521 877328003Evr1Z Lone Star Motorcar | | 809.68 | 1,708.19 |
| 4/7 | | Capital One Crcardpmt 210406 3Fo5Jm7Cu23U0Ei Robert Morales | | 800.00 | |
| 4/7 | 2541 | Check | | 492.79 | |
| 4/7 | 2534 | Check | | 1,244.66 | -829.26 |
| 4/8 | | Overdraft Fee for a Transaction Posted on 04/07 $1,244.66 Check # 02534 | | 35.00 | |
| 4/8 | | Deposit Made In A Branch/Store | 1,000.00 | | 135.74 |
| 4/9 | | Edeposit IN Branch/Store 04/09/21 11:01:54 Am 3432 W Buckingham Rd Garland TX | 1,000.00 | | |
| 4/9 | | WT Seq146559 American Credit Accepta /Org=American Credit Acceptance LLC Srf# Gw00000041095006 Trn#210409146559 Rfb# 64182 | 210,465.11 | | |
| 4/9 | | Online Transfer to Roberto C Morales Business Checking xxxxxx5643 Ref #Ib0B7Xqg9G on 04/09/21 | | 250.00 | |
| 4/9 | | Purchase authorized on 04/09 Apple Store R746 1335 Dallas TX P0000000276000608 Card 8771 | | 1,318.48 | |
| 4/9 | < | Business to Business ACH Debit - Nwe Fees Draft 210408 Lonestar Motors Paymen | | 200.00 | |
| 4/9 | < | Business to Business ACH Debit - Nwe Fees Draft 210408 Lonestar Motors Paymen | | 200.00 | |
| 4/9 | 2551 | Check | | 607.50 | |
| 4/9 | 2550 | Check | | 1,000.00 | |
| 4/9 | 2548 | Check | | 2,500.00 | 205,524.87 |
| 4/12 | | Online Transfer to Roberto C Morales Business Checking xxxxxx7560 Ref #Ib0B85Btht on 04/12/21 | | 15,000.00 | |
| 4/12 | | Purchase authorized on 04/10 Sea Breeze Fish MA Plano TX S581100729428438 Card 8771 | | 97.81 | |
| 4/12 | | Purchase authorized on 04/10 Lamps Plus - 44 Plano TX S301100748433349 Card 8771 | | 108.24 | |

April 30, 2021 ■ Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/12 | | Purchase authorized on 04/11 Mesero Legacy - R Plano TX S581101763436752 Card 8771 | | 211.85 | |
| 4/12 | | Neiman Marcus Online Pmt 210412 000002460181673 Marhta Menacho | | 100.00 | |
| 4/12 | | Capital One Mobile Pmt 210409 3Fotevezyrayqh6 Robert Morales | | 1,500.00 | 188,506.97 |
| 4/13 | | Purchase authorized on 04/13 Circle K #2741567 Frisco TX P00461103564713202 Card 8771 | | 38.08 | |
| 4/13 | | Neighbrhd Cu Ecm Ecm 210412 91346166 Robert Morales | | 1,424.20 | |
| 4/13 | | Neighbrhd Cu Ecm Ecm 210412 31986320 Robert Morales | | 4,432.07 | |
| 4/13 | 2556 | Check | | 23,501.09 | |
| 4/13 | 2549 | Check | | 582.71 | 158,528.82 |
| 4/14 | | North American L Insurance 210413 Lb06197843C1021 Lonestar Motorcars LLC | | 182.60 | |
| 4/14 | 2543 | Check | | 6,790.00 | |
| 4/14 | 2542 | Check | | 7,840.00 | |
| 4/14 | 2545 | Check | | 9,340.00 | |
| 4/14 | 2546 | Check | | 10,140.00 | |
| 4/14 | 2547 | Check | | 11,540.00 | |
| 4/14 | 2554 | Check | | 12,340.00 | |
| 4/14 | 2553 | Check | | 17,690.00 | |
| 4/14 | 2560 | Check | | 500.00 | |
| 4/14 | 2555 | Check | | 840.00 | |
| 4/14 | 4831 | Check | | 125.00 | 81,201.22 |
| 4/16 | | Deposit Made In A Branch/Store | 23,500.00 | | |
| 4/16 | 2561 | Deposited OR Cashed Check | | 60.00 | |
| 4/16 | 2559 | Deposited OR Cashed Check | | 130.00 | |
| 4/16 | | Online Transfer to Roberto C Morales Business Checking xxxxxx5643 Ref #Ib0B9Gpy8B on 04/16/21 | | 700.00 | |
| 4/16 | < | Business to Business ACH Debit - Nwe Fees Draft 210415 Lonestar Motors Paymen | | 200.00 | |
| 4/16 | < | Business to Business ACH Debit - Nwe Fees Draft 210415 Lonestar Motors Paymen | | 200.00 | |
| 4/16 | 2563 | Check | | 300.00 | |
| 4/16 | 2567 | Check | | 1,000.00 | |
| 4/16 | 2564 | Check | | 2,000.00 | |
| 4/16 | 2565 | Check | | 600.00 | 99,511.22 |
| 4/19 | | Deposit Made In A Branch/Store | 40,649.00 | | |
| 4/19 | | Zelle to Ysuhuaylas Jose on 04/18 Ref #Rp0B9Tv6Sl Work Done | | 350.00 | |
| 4/19 | | Santander Consumer 210419 0021614542 Roby Morales | | 739.93 | 139,070.29 |
| 4/20 | 2572 | Cashed Check | | 160.00 | |
| 4/20 | 2557 | Check | | 898.56 | |
| 4/20 | 2566 | Check | | 581.69 | 137,430.04 |
| 4/21 | | Capital One Mobile Pmt 210420 3Fr4U3Ssoky82H6 Robert Morales | | 350.00 | |
| 4/21 | 2570 | Check | | 19,152.00 | |
| 4/21 | 2569 | Check | | 26,340.00 | |
| 4/21 | 2571 | Check | | 22,523.85 | 69,064.19 |
| 4/22 | < | Business to Business ACH Debit - Afco Credit Corp Payment xxxxx2224 Robert Morales | | 1,383.47 | |
| 4/22 | 2558 | Check | | 170.00 | 67,510.72 |
| 4/23 | 2574 | Check | | 14,852.00 | |
| 4/23 | < | Business to Business ACH Debit - Nwe Fees Draft 210422 Lonestar Motors Paymen | | 200.00 | |
| 4/23 | < | Business to Business ACH Debit - Nwe Fees Draft 210422 Lonestar Motors Paymen | | 200.00 | |
| 4/23 | 2537 | Check | | 900.00 | |
| 4/23 | 2577 | Check | | 300.00 | |
| 4/23 | 2552 | Check | | 1,000.00 | |
| 4/23 | 2578 | Check | | 2,500.00 | 47,558.72 |
| 4/26 | | Deposit Made In A Branch/Store | 2,735.00 | | |

April 30, 2021 ■ Page 4 of 6



**WELLS FARGO**

---

### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/26 | | Purchase authorized on 04/24 Gallo Nero Italian Frisco TX S581115101049279 Card 8771 | | 85.78 | |
| 4/26 | | Online Transfer to Roberto C Morales Business Checking xxxxxx5643 Ref #Ib0Bccqnp6 on 04/26/21 | | 700.00 | |
| 4/26 | 2579 | Check | | 1,000.00 | |
| 4/26 | 2576 | Check | | 90.00 | |
| 4/26 | 2575 | Check | | 2,702.69 | 45,715.25 |
| 4/27 | | Deposit Made In A Branch/Store | 14,222.12 | | |
| 4/27 | | Allstate Ins CO Ins Prem Apr 21 000000844413630 Morales | | 74.99 | |
| 4/27 | | Capital One Mobile Pmt 210425 3Fs6Qqhhpxztbwq Robert Morales | | 1,000.00 | |
| 4/27 | 2562 | Check | | 4,295.48 | |
| 4/27 | 2580 | Check | | 716.14 | 53,850.76 |
| 4/28 | 2584 | Check | | 13,590.00 | |
| 4/28 | 2585 | Check | | 372.00 | 39,888.76 |
| 4/29 | 2583 | Deposited OR Cashed Check | | 130.00 | |
| 4/29 | | Prestigecu ACH Pccu ACH 280421 110435 Morales, Shania Nicole | | 347.72 | |
| 4/29 | 2582 | Check | | 700.00 | 38,711.04 |
| 4/30 | | Deposit Made In A Branch/Store | 6,395.00 | | |
| 4/30 | < | Business to Business ACH Debit - Nwe Fees Draft 210429 Lonestar Motors Paymen | | 200.00 | |
| 4/30 | < | Business to Business ACH Debit - Nwe Fees Draft 210429 Lonestar Motors Paymen | | 200.00 | |
| 4/30 | 2588 | Check | | 550.00 | |
| 4/30 | 2587 | Check | | 1,000.00 | |
| 4/30 | | Interest Payment | 0.57 | | 43,156.61 |
| **Ending balance on 4/30** | | | | | **43,156.61** |
| **Totals** | | | **$303,062.80** | **$260,362.44** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

---

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2534 | 4/7 | 1,244.66 | 2553 | 4/14 | 17,690.00 | 2567 | 4/16 | 1,000.00 |
| 2537 * | 4/23 | 900.00 | 2554 | 4/14 | 12,340.00 | 2569 * | 4/21 | 26,340.00 |
| 2540 * | 4/5 | 89.89 | 2555 | 4/14 | 840.00 | 2570 | 4/21 | 19,152.00 |
| 2541 | 4/7 | 492.79 | 2556 | 4/13 | 23,501.09 | 2571 | 4/21 | 22,523.85 |
| 2542 | 4/14 | 7,840.00 | 2557 | 4/20 | 898.56 | 2572 | 4/20 | 160.00 |
| 2543 | 4/14 | 6,790.00 | 2558 | 4/22 | 170.00 | 2574 * | 4/23 | 14,852.00 |
| 2545 * | 4/14 | 9,340.00 | 2559 | 4/16 | 130.00 | 2575 | 4/26 | 2,702.69 |
| 2546 | 4/14 | 10,140.00 | 2560 | 4/14 | 500.00 | 2576 | 4/26 | 90.00 |
| 2547 | 4/14 | 11,540.00 | 2561 | 4/16 | 60.00 | 2577 | 4/23 | 300.00 |
| 2548 | 4/9 | 2,500.00 | 2562 | 4/27 | 4,295.48 | 2578 | 4/23 | 2,500.00 |
| 2549 | 4/13 | 582.71 | 2563 | 4/16 | 300.00 | 2579 | 4/26 | 1,000.00 |
| 2550 | 4/9 | 1,000.00 | 2564 | 4/16 | 2,000.00 | 2580 | 4/27 | 716.14 |
| 2551 | 4/9 | 607.50 | 2565 | 4/16 | 600.00 | 2582 * | 4/29 | 700.00 |
| 2552 | 4/23 | 1,000.00 | 2566 | 4/20 | 581.69 | 2583 | 4/29 | 130.00 |

April 30, 2021  ■  Page 5 of 6



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2584 | 4/28 | 13,590.00 | 2587 * | 4/30 | 1,000.00 | 4831 * | 4/14 | 125.00 |
| 2585 | 4/28 | 372.00 | 2588 | 4/30 | 550.00 | | | |

* Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $10,000.00 | -$829.26 ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $75,402.68 ☑ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, Additional Navigate Business Checking, Business Choice Checking, and Business Checking Plus, plus | | |
| - Average ledger balance in your Business Market Rate Savings, Business Platinum Savings, and Business High Yield Savings, plus | | |
| - Average ledger balance in your Business Time Account and Business Step Rate Time Account | | |

WK/WK

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 6,300 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 85 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801